UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JULIO ALBERTO ULLOA MAYORGA, individually
and on behalf of all others similarly situated,

                          Plaintiff,
    -against-

MERSEYSIDE CORP. and FRANCISCO LESTON,
as an individual,

                          Defendants.
------------------------------------------------------------------X

Civil Docket No.:
22-cv-06463 (BMC)

**NOTICE OF MOTION
FOR ENTRY OF A
DEFAULT JUDGMENT
*IN A SUM CERTAIN* AGAINST
MERSEYSIDE CORP.
and FRANCISCO LESTON,
as an individual**

      **PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, Esq., dated January 18, 2023, and supporting exhibits "A" through "H" annexed hereto, and the accompanying Memorandum of Law submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Plaintiff, will move this Court before the Honorable Brian M. Cogan, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East Brooklyn, NY 11201 for an Order granting the Plaintiff's Motion to Enter Default Judgment against all Defendants, *In a Sum Certain*, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as a result of their failure to appear or defend in this matter, and for any such other and further relief as this Court deems proper, and just.

Dated:    Kew Gardens, NY
            January 18, 2023

                                          *Avraham Y. Scher*
                                          Avraham Y. Scher, Esq.
                                          Helen F. Dalton & Associates, P.C.
                                          *Attorneys for Plaintiff*
                                          80-02 Kew Gardens Road, Suite 601
                                          Kew Gardens, New York 11415

**WITH SERVICE TO:** *via United Postal Service (UPS) Overnight Courtier:*

**MERSEYSIDE CORP.**
(DOS ID: 6307524)
*Attn*: Francisco Leston
107-29 105th Street
Ozone Park, NY 11417


**FRANCISCO LESTON**
709 William St. 2nd Fl
Harrison, NJ 07029