UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN ALBERTO ULLOA MAYORGA,             JUDGMENT

               Plaintiff,            22-cv-6463 (BMC)

    v.

MERSEYSIDE CORP. and FRANCISCO LESTON,

               Defendants.
----------------------------------------------------------------X

       A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on May 8, 2023, granting plaintiff's motion for a default judgment to the extent set forth in the Order; and directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the amount of $28,650.00; it is

       ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted to the extent set forth in the Order; and that judgment is hereby entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $28,650.00.

Dated: Brooklyn, New York                                          Brenna B. Mahoney
        May 9, 2023                                                  Clerk of Court

                                                               By:     */s/Jalitza Poveda*
                                                                          Deputy Clerk